IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA LINHART | CIVIL ACTION |
| Plaintiff | NO. 1:23-CV-114-SPB |
| v. | |
| COUNTY OF ERIE | |
| Defendants | JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL**

AND NOW, come all parties, by and through their respective counsel, and hereby enter into a STIPULATION OF DISMISSAL, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), of all claims of Plaintiff, Rebecca Linhart, against Defendant, County of Erie, in the above-captioned matter, with prejudice.

Respectfully submitted,

| | |
|---|---|
| **ELZER LAW FIRM** | **MARSHALL DENNEHEY, P.C.** |
| By  /s/ Christine T. Elzer | By  /s/ G. Jay Habas |
| Christine Elzer | G. Jay Habas |
| PA ID No. 208157 | PA ID No. 55581 |
| 960 Penn Avenue, Suite 1001 | 717 State Street, Suite 701 |
| Pittsburgh, PA 15222 | Erie, PA 16501 |
| 412-230-8436 | 814-480-7800 |
| celzer@elzerlaw.com | gjhabas@mdwcg.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |