IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA LINHART | CIVIL ACTION |
| Plaintiff | NO. 1:23-CV-114-SPB |
| v. | |
| COUNTY OF ERIE | |
| Defendants | JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL**

AND NOW, come all parties, by and through their respective counsel, and hereby enter into a STIPULATION OF DISMISSAL, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), of all claims of Plaintiff, Rebecca Linhart, against Defendant, County of Erie, in the above-captioned matter, with prejudice.

Respectfully submitted,

**ELZER LAW FIRM**

By  /s/ Christine T. Elzer
   Christine Elzer
   PA ID No. 208157
   960 Penn Avenue, Suite 1001
   Pittsburgh, PA 15222
   412-230-8436
   celzer@elzerlaw.com
   *Counsel for Plaintiff*

**MARSHALL DENNEHEY, P.C.**

By  /s/ G. Jay Habas
   G. Jay Habas
   PA ID No. 55581
   717 State Street, Suite 701
   Erie, PA 16501
   814-480-7800
   gjhabas@mdwcg.com
   *Counsel for Defendants*

It is so Ordered this 29th day of May, 2025.

_____
Susan Paradise Baxter, U.S.D.J.